**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

K.T.G.,                                     :
                                            :
      Petitioner,                   :
                                            :
v.                                          :   Case No. 4:26-cv-921-CDL-AGH
                                            :        28 U.S.C. § 2241
Warden, STEWART DETENTION               :
CENTER, *et al.*,                           :
                                            :
      Respondents.                 :
_____

## **ORDER**

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on June 5, 2026 (ECF No. 1). Having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondents shall have twenty-one (21) days to file a comprehensive response to said application. Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 9th day of June, 2026.

        s/ *Amelia G. Helmick*
        UNITED STATES MAGISTRATE JUDGE